SEPTEMBER 19, 1984

No. A–205.  HENRY *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay, a petition for writ of certiorari, and vacate the death sentence in this case.

No. A–206.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. *v.* ADAMS.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on September 18, 1984, presented to JUSTICE POWELL, and by him referred to the Court, denied.  JUSTICE REHNQUIST would grant the application.